IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BROOKE WILLIS,

    Plaintiff,                                Case No. 4:24-CV-112-MW-MAF

v.

CAPITAL VISION SERVICES, LLC
d/b/a/ MYEYEDOCTOR

    Defendant.

_____/

## DEFENDANT'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Defendant Capital Vision Services, LLC d/b/a MyEyeDr. ("Defendant") by and through its undersigned counsel, hereby files it Answer and Defenses to Plaintiff's Complaint and responds to the correspondingly numbered paragraphs as follows:

## NATURE OF THE ACTION

1. In response to Paragraph No. 1 of Plaintiff's Complaint, Defendant admits only that Plaintiff brings this action seeking damages and declaratory relief for alleged violations of the Florida Civil Rights Act of 1992 ("FCRA"), but Defendant denies that any alleged unlawful conduct occurred which would support an award of damages and further denies that Plaintiff is entitled to any relief whatsoever.

2. In response to Paragraph No. 2 of Plaintiff's Complaint, Defendant admits only that Plaintiff seeks damages in excess of $50,000 and requests a jury trial, but Defendant denies that any unlawful conduct occurred which would entitle Plaintiff to a jury trial and/or any damages whatsoever and further denies all remaining allegations.

## CONDITIONS PRECEDENT

3. In response to Paragraph No. 3 of Plaintiff's Complaint, Defendant admits only that Plaintiff previously dual-filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") and Florida Commission on Human Relations ("FCHR") and that more than 180 days have passed since the Charge was filed, but Defendant denies the remaining allegations.

## THE PARTIES

4. In response to Paragraph No. 4 of Plaintiff's Complaint, Defendant admits only that it previously employed Plaintiff, that during her employment Plaintiff advised Defendant that she was pregnant, and that pregnancy status is protected under the FCRA. Defendant, however, is without sufficient knowledge or information as to Plaintiff's current residency and, therefore, denies those allegations and further denies all remaining allegations.

5. In response to Paragraph No. 5 of Plaintiff's Complaint, Defendant admits only that it currently employs fifteen or more employees and employed

fifteen or more employees at the time of Plaintiff's employment. Defendant specifically denies that it has been "organized under the Laws of Florida," and further denies all remaining allegations.

6. Admitted.

7. In response to Paragraph No. 7 of Plaintiff's Complaint, Defendant admits only that Plaintiff informed Defendant that she was pregnant during her employment, but Defendant denies all remaining allegations.

8. In response to Paragraph No. 8 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information regarding the potential risk level of Plaintiff's pregnancy and/or the purported requirements for Plaintiff to attend specific appointments and, therefore, denies the allegations.

9. In response to Paragraph No. 9 of Plaintiff's Complaint, Defendant admits only that Plaintiff was treated the same as all other employees during the entirety of her employment and without regard to her pregnancy, but Defendant denies any remaining allegations.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. In response to Paragraph No. 20 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information regarding any agreements or obligations between Plaintiff and her counsel and, therefore, denies the allegations.

## COUNT I – ALLEGED FCRA SEX (PREGNANCY) DISCRIMINATION

21. In response to Paragraph No. 21 of Plaintiff's Complaint, Defendant restates and incorporates its responses to Paragraph Nos. 1 through 20 herein.

22. In response to Paragraph No. 22 of Plaintiff's Complaint, Defendant admits only that Plaintiff purports to bring a claim of pregnancy discrimination under the FCRA, but Defendant denies that any unlawful conduct occurred, and that Plaintiff is entitled to any relief whatsoever.

23. Denied.

24. Denied.

25. Denied.

## COUNT II – ALLEGED DISABILITY (PREGNANCY) DISCRIMINATION

26. In response to Paragraph No. 26 of Plaintiff's Complaint, Defendant restates and incorporates its responses to Paragraph Nos. 1 through 20 herein.

27. In response to Paragraph No. 27 of Plaintiff's Complaint, Defendant admits only that Plaintiff purports to bring a claim of disability discrimination under the FCRA, but Defendant denies that any unlawful conduct occurred, and that Plaintiff is entitled to any relief whatsoever.

28. Denied.

29. Denied.

## PRAYER FOR RELIEF

In response to the "PRAYER FOR RELIEF" paragraph immediately following Paragraph No. 29 of Plaintiff's Complaint, Defendant denies the allegations therein, denies that Plaintiff is entitled to any of the requested damages or relief, and denies that Plaintiff is entitled to any relief whatsoever.

## DEMAND FOR TRIAL BY JURY

In response to the "DEMAND FOR TRIAL BY JURY" paragraph immediately following the "PRAYER FOR RELIEF" paragraph of Plaintiff's Complaint, Defendant admits only that Plaintiff has requested a jury trial, but denies that there are any triable issues and denies that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE AND OTHER DEFENSES

In asserting the defenses that follow, Defendant does not assume the burden of proof as to matters that, pursuant to law, are Plaintiff's burden to prove. In addition, Defendant will continue to investigate Plaintiff's allegations as they may further develop during this case; therefore, Defendant reserves the right to amend its Answer and Defenses. **Defendant further denies all allegations, requests for relief, captions, headings, or notes throughout Plaintiff's Complaint, whether express or implied, which are not specifically admitted herein.**

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim for discrimination upon which relief can be granted because Plaintiff has failed to identify any individual outside of Plaintiff's protected class that was treated more favorably than Plaintiff.

## SECOND DEFENSE

Defendant states that there were legitimate, non-discriminatory reasons for any actions taken with regard to Plaintiff, which were not pretextual and further states that Defendant has not violated the FCRA, or any other constitutional or statutory provision under which the alleged causes of action are or could be brought, nor has it taken or ratified any action with discriminatory or retaliatory purpose or intent, but rather has acted in good faith. Further, Defendant has not authorized any actions prohibited by law nor has it committed any unlawful employment practice;

rather, Defendant's actions were based upon good cause, were the result of reasonable factors necessary for business functions, and would have been taken regardless of any alleged violations of the FCRA, if any exist.

## THIRD DEFENSE

Plaintiff's claims are barred to the extent that Plaintiff did not file her claims within the applicable statute of limitations.

## FOURTH DEFENSE

Defendant has in place clear and well-disseminated policies against discrimination, and a reasonable and available procedure for handling complaints thereof, which provides for prompt and effective responsive action. To the extent Plaintiff unreasonably failed to take advantage of the preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise, Plaintiff's claims of alleged discrimination are barred. To the extent Plaintiff utilized Defendant's preventive or corrective opportunities and Defendant promptly corrected any complained of conduct, Plaintiff's claims are barred.

## FIFTH DEFENSE

To the extent Plaintiff has suffered any damages as a result of any unlawful act by Defendant, which Defendant expressly denies, Plaintiff is barred from recovering damages, or Plaintiff's damages are limited to the extent Plaintiff has failed to make reasonable efforts to mitigate any alleged losses.

## SIXTH DEFENSE

To the extent Plaintiff has suffered any damages as a result of any unlawful act by Defendant, which Defendant expressly denies, Plaintiff's recovery in this lawsuit must be set off and/or reduced by all wages, commissions, compensation, pay and benefits, other earnings or remunerations, profits, and benefits, regardless of form, received by Plaintiff subsequent to the alleged adverse action Plaintiff claims to have suffered.

## SEVENTH DEFENSE

Even assuming that Defendant's alleged actions concerning Plaintiff were influenced by an unlawful motive, the existence of which is expressly denied, Defendant nonetheless would have taken the same actions with respect to Plaintiff even in the absence of such unlawful motive.

## EIGHTH DEFENSE

Plaintiff's discrimination claims are barred to the extent they were not the subject of a timely charge of discrimination filed with the EEOC, the FCHR, or other federal, state, or local fair employment practice agency, and are also barred to the extent Plaintiff failed to timely and properly exhaust all administrative remedies.

## NINTH DEFENSE

Plaintiff's discrimination claims are barred, in whole or in part, to the extent that they exceed the scope of or are inconsistent with the charges of discrimination

Plaintiff filed with the EEOC, the FCHR, and/or other federal, state, or local fair employment practice agency.

## TENTH DEFENSE

Plaintiff's claims may be barred, in whole or in part, by the doctrines of unclean hands, waiver, and/or estoppel.

## ELEVENTH DEFENSE

If any improper, illegal, discriminatory act was taken by any of Defendant's employees against Plaintiff, which Defendant denies, it was outside the course and scope of that employee's employment, contrary to Defendant's policies, and was not ratified, confirmed, or approved by Defendant, and thus, cannot be attributed or imputed to Defendant.

## TWELFTH DEFENSE

To the extent Defendant made any employment decisions regarding or affecting Plaintiff, all such decisions were based upon legitimate, non-discriminatory reasons that were in no way related to Plaintiff's purported pregnancy status.

## RESERVATION OF RIGHTS

Defendant hereby gives notice that it intends to rely on such other defenses and affirmative defenses as might become available or apparent during the course of

discovery, and thus, Defendant reserves the right to amend this Answer and Defenses to Plaintiff's Complaint.

WHEREFORE, having fully answered and responded to the allegations of Plaintiff's Complaint, Defendant respectfully requests that:

1. Plaintiff's claims be dismissed with prejudice in their entirety;

2. Each and every prayer for relief in Plaintiff's Complaint be denied;

3. Judgment be entered in favor of Defendant;

4. All costs and reasonable attorneys' fees be awarded to Defendant and against Plaintiff on the grounds this action is without basis in law or fact; and

5. The Court grant Defendant such other and further relief as it deems just and appropriate.

DATED this 12th day of March, 2024.

                Respectfully submitted,

                FORD & HARRISON LLP

                By:/s/ *Daniel K. Miles*
                    Daniel K. Miles
                    Florida Bar No. 119930
                    Email: dmiles@fordharrison.com

                    Sara K. Finnigan
                    Florida Bar No. 1032142
                    Email: sfinnigan@fordharrison.com
                    300 South Orange Avenue, Suite 1300
                    Orlando, FL  32801
                    (407) 418-2325 Telephone
                    (407) 418-2327 Facsimile
                    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12, 2024, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF, which will electronically serve a copy upon:

Tiffany R. Cruz, Esq.
tiffany@tiffanycruzlaw.com
Kevin E. Kostelnik, Esq.
kevin@tiffanycruzlaw.com
Cruz Law Firm, P.A.
411 N. Calhoun Street
Tallahassee, Florida 32301

*/s/ Daniel K. Miles*
Daniel K. Miles

WSACTIVELLP:113121420.1