UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BROOKE WILLIS,

    Plaintiff

v.                                               CASE NO.: 4:24-cv-00112-MW-MAF

CAPITAL VISION SERVICES, LLC
d/b/a MYEYEDOCTOR,

    Defendant.
_____/

## **JOINT STATUS REPORT ON DISCOVERY**

In accordance with this Court's Order, the parties provide the following information regarding the status of discovery:

1. On March 19, 2024, Plaintiff served her First Request for Production and First Set of Interrogatories on Defendant.

2. The parties held their attorneys' planning meeting as required by Rule 26(f) on March 27, 2024.

3. On March 27, 2024, the parties filed their Report of Parties Rule 26(f) Planning Meeting (Form 52).

4. On March 29, 2024, Defendant served their First Round of Discovery on Plaintiff.

5. On April 18, 2024, Defendant served their responses to Plaintiff's

First Request for Production and First Set of Interrogatories on Plaintiff.

6. On May 13, 2024, Plaintiff served her responses to Defendant's First Request for Production and First Set of Interrogatories to Defendant.

7. Plaintiff's deposition is scheduled for June 27, 2024.

8. Plaintiff is in the process of scheduling depositions of relevant witnesses to occur during the month of July 2024.

9. Mediation has been scheduled for July 17, 2024.

DATED this 10th day of June 2024.

Respectfully submitted,

By: */s/ Kevin C. Kostelnik*
Kevin C. Kostelnik, Esquire
Florida Bar No. 0118763
Tiffany R. Cruz, Esquire
Florida Bar No. 090986
CRUZ LAW FIRM P.A.
325 N. Calhoun Street
Tallahassee, FL 32301
(850) 701-8838
Tiffany@tiffanycruzlaw.com
Kevin@tiffanycruzlaw.com
Kera@tiffanycruzlaw.com
Parker@tiffanycruzlaw.com
*Attorneys for Plaintiff*

By: */s/Daniel K. Miles*
Daniel K. Miles
Florida Bar No. 119930
Email: dmiles@fordharrison.com
Sara K. Finnigan
Florida Bar No. 1032142
Email: sfinnigan@fordharrison.com
FORD HARRISON
300 South Orange Avenue, Suite 1300
Orlando, FL 32801
(407) 418-2325 Telephone
(407) 418-2327 Facsimile
*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of June 2024, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to all counsel of record.

/s/ *Kevin C. Kostelnik*
Kevin C. Kostelnik